IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF KANSAS

DEBBIE BRENNAN,

                Plaintiff,

Vs.                                                                    No.  06-4100-SAC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

MEMORANDUM AND ORDER

The court referred this administrative appeal to the United States Magistrate Judge for report and recommendation.  The Magistrate Judge filed a report and recommendation on July 13, 2007, clearly stating the parties' right to file written objections to the recommendation within ten days.  Ten days have passed and no written objections have been filed in accordance with 28 U.S.C. § 636(b)(1).

The court has reviewed the report and recommendation, as well as the relevant pleadings in this case.  Based upon this review and the

absence of any filed objections, the court accepts the report and recommendation and adopts it as the ruling of this court, reversing and remanding this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    IT IS SO ORDERED.

    Dated this 7th day of August, 2007, Topeka, Kansas.

                                 s/ Sam A. Crow
                                 Sam A. Crow, U.S. District Senior Judge